KING, HOLMES, PATERNO & BERLINER, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514
ROTHSCHILD@KHPBLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE:  (310) 282-8903

Attorneys for Plaintiffs Charles Schmidt
and Christopher Orlando Torres

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHARLES L. SCHMIDT, an individual; CHRISTOPHER ORLANDO TORRES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation; 5TH CELL MEDIA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. CV13-02824-JFW (MRWx)<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH GENERAL ORDER AUTHORIZING ELECTRONIC FILING** |

I, Stephen D. Rothschild, declare:

1.  I am a member of the State Bar of California admitted to practice before this Court and am a partner of King, Holmes, Paterno & Berliner, LLP, attorneys for plaintiffs Charles L. Schmidt and Christopher Orlando Torres (collectively, "plaintiffs") in the above-entitled action. I am our firm's designated lead counsel for plaintiffs. I have personal knowledge of the matters below and could and would testify competently to them if asked.

2.  I have registered as an "ECF User" in this district.

3.  My email address of record is Rothschild@khpblaw.com.

1  4. I consent to service and receipt of filed documents by electronic means.

2  I declare under penalty of perjury under the laws of the United States that the

3  foregoing is true and correct.

4

5  DATED: July 15, 2013     KING, HOLMES, PATERNO &
6                                                    BERLINER, LLP

7

8                                                    By:   /s/ Stephen D. Rothschild, Esq.
9                                                              STEPHEN D. ROTHSCHILD
                                                      Attorneys for Plaintiffs Charles Schmidt and
10                                                   Christopher Orlando Torres

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2013, I electronically filed the foregoing **DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH GENERAL ORDER AUTHORIZING ELECTRONIC FILING** with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

_____
Jennifer Mobarez