Matthew J. Herrington (admitted *Pro Hac Vice*)
mherring@steptoe.com
Matthew R. Mazgaj (admitted *Pro Hac Vice*)
mmazgaj@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone: (202) 429-8164
Facsimile:  (202) 429-3902

Mark A. Neubauer (SBN 73728)
mneubauer@steptoe.com
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone:   (310) 734-3200
Facsimile:(310) 734-3300

Attorneys for Defendants WARNER BROS. HOME ENTERTAINMENT INC. and 5TH CELL MEDIA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHARLES L. SCHMIDT, an individual; CHRISTOPHER ORLANDO TORRES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation; 5TH CELL MEDIA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: CV13-02824-JFW(MRWx)<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Assigned to the Hon. John F. Walter, Courtroom 16 |

Doc. # DC-8227890 v.2

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Charles L. Schmidt ("Schmidt") and Christopher Orlando Torres ("Torres") (collectively, "Plaintiffs") and Defendants Warner Bros. Home Entertainment Inc. ("Warner Bros.") and 5th Cell Media LLC ("5th Cell") (collectively, "Defendants"), through their respective counsel of record herein, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all parties bearing his or its own costs and attorneys' fees.

DATED: September 26, 2013

KING, HOLMES, PATERNO & BERLINER, LLP

By: /s/ Stephen D. Rothschild
STEPHEN D. ROTHSCHILD
Attorneys for Plaintiffs CHARLES L. SCHMIDT and CHRISTOPHER ORLANDO TORRES

DATED: September 25, 2013

STEPTOE & JOHNSON LLP

By: /s/ Mark A. Neubauer
MARK A. NEUBAUER
Attorneys for Defendants WARNER BROS. HOME ENTERTAINMENT, INC. and 5th CELL MEDIA, LLC

1